THE STATE, EX REL. ROHRIG, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLANT, ET AL.

[Cite as State, ex rel. Rohrig, *v.* Indus. Comm. (1991), 59 Ohio St. 3d 66.]

(No. 90-712—Submitted February 5, 1991—Decided April 24, 1991.)

*W. Michael Shay,* for appellee.

*Lee I. Fisher,* attorney general, and *Michael L. Squillace,* for appellant.

*Per Curiam.* For the reasons stated in *State, ex rel. Noll,* v. *Indus. Comm.* (1991), 57 Ohio St. 3d 203, 567 N.E. 2d 245, the judgment of the court of appeals is hereby affirmed.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

[THE STATE, EX REL.] HELD, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as State, ex rel. Held, *v.* Indus. Comm. (1991), 59 Ohio St. 3d 66.]

(No. 90-1894—Submitted February 5, 1991—Decided April 24, 1991.)

*Butler, Cincione, DiCuccio & Dritz* and *David B. Barnhart,* for appellant.

*Lee I. Fisher,* attorney general, *Michael L. Squillace* and *Teresa Oglesby-McIntyre,* for appellee Industrial Commission.

*Baker & Hostetler, R. Christopher Doyle* and *Stephen J. Habash,* for appellee Worthington Board of Education.

*Per Curiam.* For the reasons stated in *State, ex rel. Noll,* v. *Indus. Comm.* (1991), 57 Ohio St. 3d 203, 567 N.E. 2d 245, we reverse the judgment of the court of appeals and issue a limited writ returning the cause to the commission to identify the nonmedical disability factors on which it relied and to briefly explain the reasons for its decision.

*Judgment reversed and limited writ issued.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.